# UNITED STATES COURT OF INTERNATIONAL TRADE
## BEFORE: THE HONORABLE LEO M. GORDON, SENIOR JUDGE

| | |
|---|---|
| WKW NORTH AMERICA, LLC.<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES,<br><br>        Defendant,<br><br>    and<br><br>ALUMINUM EXTRUSIONS FAIR TRADE COMMITTEE,<br><br>        Defendant-Intervenor. | Court No. 21-00072 |

## **ORDER**

Upon consideration of the Motion for Judgment on the Agency Record of Plaintiff WKW North America, LLC ("WKW"), the responses thereto, and all other papers and proceedings in this case, it is hereby

**ORDERED** that WKW's Motion for Judgment on the Agency Record is granted; and it is further

**ORDERED** that this matter is remanded to the U.S. Department of Commerce for redetermination of the scope ruling as set forth in this Court's accompanying opinion.

**SO ORDERED**.

                        Hon. Leo M. Gordon, Senior Judge

Dated: _____
   New York, New York

**UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE: THE HONORABLE LEO M. GORDON, SENIOR JUDGE**

| | |
|---|---|
| WKW NORTH AMERICA, LLC,<br><br>      Plaintiff,<br><br>      v.<br><br>UNITED STATES,<br><br>      Defendant,<br><br>      and<br><br>ALUMINUM EXTRUSIONS FAIR TRADE COMMITTEE,<br><br>      Defendant-Intervenor. | Court No. 21-00072 |

**PLAINTIFF'S MOTION FOR JUDGMENT ON THE AGENCY RECORD PURSUANT TO RULE 56.2**

Pursuant to Rule 56.2 of the Rules of this Court, Plaintiff WKW North America, LLC. ("WKW") hereby moves for judgment on the agency record with respect to the scope determination by the U.S. Department of Commerce ("Commerce") regarding the antidumping duty order on aluminum extrusions from the People's Republic of China.  *See generally* Final Scope Ruling, Antidumping Duty PD 49 at bar code 4081567-01 (Jan. 28, 2021) (hereinafter "Scope Ruling").  As set forth in detail in the accompanying Memorandum of Points and Authorities, Commerce's Scope Ruling is unsupported by substantial evidence on the record and is otherwise not in accordance with law.  Consequently, judgment should be entered for WKW and this action should be remanded to Commerce for disposition consistent with the order and opinion of the Court.

A proposed order accompanies this motion.

Respectfully submitted,

| | |
|---|---|
| /s/ Richard P. Ferrin | /s/ Leslie A. Glick |
| Douglas J. Heffner | Leslie A. Glick |
| Richard P. Ferrin | **BUTZEL LONG** |
| **FAEGRE DRINKER BIDDLE & REATH LLP** | Counsel to Plaintiff |
| Counsel to Plaintiff | |

Dated: June 21, 2021