IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| WKW NORTH AMERICA, LLC,<br><br>      Plaintiff,<br>  v.<br><br>UNITED STATES,<br>      Defendant,<br>  and<br><br>ALUMINUM EXTRUSIONS FAIR TRADE COMMITTEE,<br>      Defendant-Intervenor. | Before: Leo M. Gordon,<br>Senior Judge<br><br>Court No. 21-00072 |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

  PLEASE TAKE NOTICE that plaintiff, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, having filed a stipulation of dismissal with prejudice signed by all parties who have appeared in this action, hereby dismisses this action.

Dated: January 3, 2023

/s/ Douglas J. Heffner
Douglas J. Heffner
Richard P. Ferrin
William Randolph Rucker
FAEGRE DRINKER BIDDLE & REATH LLP
1500 K Street, N.W.
Washington, DC 20036
(202) 230-5802
*Attorneys for Plaintiff*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

PATRICIA M. McCARTHY
Director

By: /s/ Justin R. Miller
  JUSTIN R. MILLER
  Attorney-In-Charge
  International Trade Field Office

/s/ Alexander Vanderweide
ALEXANDER VANDERWEIDE
Senior Trial Counsel
Department of Justice, Civil Division
Commercial Litigation Branch
26 Federal Plaza – Room 346
New York, New York 10278
Tel. (212) 264-0482 or 9230
*Attorneys for Defendant*

/s/ Robert E. DeFrancesco, III
Robert E. DeFrancesco, III
Alan Hayden Price
Derick G. Holt
Elizabeth S. Lee
John Allen Riggins
WILEY REIN LLP
2050 M Street, N.W.
Washington, DC 20036
(202) 719-7000
*Attorneys for Defendant-Intervenor*

## Order of Dismissal

This action, having been voluntarily stipulated by dismissal, with prejudice, by all parties having appeared in the action, is dismissed.

Dated: _____

                                            Clerk, U.S. Court of International Trade

                                            By: _____
                                                               Deputy Clerk