IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| WKW NORTH AMERICA, LLC,<br>    Plaintiff,<br>v.<br>UNITED STATES,<br>    Defendant,<br>   and<br>ALUMINUM EXTRUSIONS FAIR TRADE COMMITTEE,<br>    Defendant-Intervenor. | Before: Leo M. Gordon,<br>Senior Judge<br><br>Court No. 21-00072 |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

  PLEASE TAKE NOTICE that plaintiff, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, having filed a stipulation of dismissal with prejudice signed by all parties who have appeared in this action, hereby dismisses this action.

Dated: <u>January 3, 2023</u>

| | |
|---|---|
| <u>/s/ Douglas J. Heffner</u><br>Douglas J. Heffner<br>Richard P. Ferrin<br>William Randolph Rucker<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>1500 K Street, N.W.<br>Washington, DC 20036<br>(202) 230-5802<br>*Attorneys for Plaintiff* | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br><br>PATRICIA M. McCARTHY<br>Director<br><br>By:  <u>/s/ Justin R. Miller</u><br>     JUSTIN R. MILLER<br>     Attorney-In-Charge<br>     International Trade Field Office<br><br>     <u>/s/ Alexander Vanderweide</u><br>     ALEXANDER VANDERWEIDE<br>     Senior Trial Counsel<br>     Department of Justice, Civil Division<br>     Commercial Litigation Branch<br>     26 Federal Plaza – Room 346<br>     New York, New York 10278<br>     Tel. (212) 264-0482 or 9230<br>     *Attorneys for Defendant* |

/s/ Robert E. DeFrancesco, III
Robert E. DeFrancesco, III
Alan Hayden Price
Derick G. Holt
Elizabeth S. Lee
John Allen Riggins
WILEY REIN LLP
2050 M Street, N.W.
Washington, DC 20036
(202) 719-7000
*Attorneys for Defendant-Intervenor*

## Order of Dismissal

This action, having been voluntarily stipulated by dismissal, with prejudice, by all parties having appeared in the action, is dismissed.

Dated: January 3, 2023

Clerk, U.S. Court of International Trade

By: /s/ Jason Chien
Deputy Clerk